**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose VIRGEN–PRECIADO, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Jose Virgen–Preciado, Defendant–Appellant.**

Nos. 07–10004, 07–10007.

United States Court of Appeals, Ninth Circuit.

Submitted May 20, 2008.*

Filed May 22, 2008.

Jennifer Jean Maldonado, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Before: PREGERSON, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Jose Virgen–Preciado appeals from his jury-trial conviction and 27–month sentence for illegal reentry, in violation of 8 U.S.C. § 1326, and from the revocation of supervised release.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Virgen–Preciado's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Virgen–Preciado has filed a pro se supplemental opening brief, and the government has filed an answering brief.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Counsel's motion to withdraw is granted.

The government's motion to strike documents attached to the pro se brief is granted.

All other pending motions are denied as moot.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.